IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CATHERINE ISABELLA MORRIS, | Nos. 3:13-cv-02084-HU, 3:13-cv-02085-HU, 3:13-cv-02086-HU |
| Plaintiff, | |
| v. | ORDER |
| LOLLIPOP GANG CONSPIRATORS et al., | |
| Defendants. | |

Catherine Isabella Morris
PO Box 173
Salem, OR 97308

    Pro Se Plaintiff

HERNANDEZ, District Judge:

    Magistrate Judge Hubel issued a Findings and Recommendation[1] on December 16, 2013, in which he recommends that the Court grant Plaintiff's application to proceed *in forma pauperis*

---

[1] Judge Hubel authored one Findings and Recommendation to address all three cases.

1 - ORDER

[2] in each of Plaintiff's three cases, but dismiss all three cases without leave to amend. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court adopts Magistrate Judge Hubel's Findings and Recommendation [4] in all three cases. Accordingly, in each of the three cases, Plaintiff's application to proceed *in forma pauperis* [2] is granted, but the cases are dismissed without leave to amend.

IT IS SO ORDERED.

DATED this 5 day of January, 2014.

MARCO A. HERNANDEZ
United States District Judge

2 - ORDER